UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  BRAD M. GILLESPIE<br>  PATRICIA J. GILLESPIE<br><br>                             Debtors | CASE NO: 07-35069<br>       (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 63 | DUKE ENERGY<br>BOX 960<br>EF367<br>CINCINNATI, OH  45237 | 22.46 |
| 16/ 64 | DUKE ENERGY<br>BOX 960<br>EF367<br>CINCINNATI, OH  45237 | 27.73 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service                    07-35069

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| BRAD M. GILLESPIE<br>PATRICIA J. GILLESPIE<br>5276 ORCHARD WAY<br>LEBANON, OH  45036 | JEFFREY R MCQUISTON<br>FIRST NATIONAL PLAZA<br>130 W SECOND ST STE 1818<br>DAYTON, OH  45402 | (56.1n)<br>CHRISTOPHER P KENNEDY<br>CARLISLE MCNELLIE RINI KRAMER<br>24755 CHAGRIN BLVD STE 200<br>CLEVELAND, OH  44122 |
| (63.1)<br>DUKE ENERGY<br>BOX 960<br>EF367<br>CINCINNATI, OH  45237 | (62.1n)<br>FAYE D ENGLISH<br>REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA<br>P. O. BOX 968<br>2450 EDISON BOULEVARD<br>TWINSBURG, OH  44087 | (55.1n)<br>KENNETH M RICHARDS<br>50 W BROAD ST STE 1200<br>COLUMBUS, OH  43215 |
| (68.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (65.1n)<br>RECOVERY MGT SYS CORP<br>ATTN RAMESH SINGH BK SPECIALIS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | (61.1n)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201-5480 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv